Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY BOUYER

John Coates  (SBN 207175)
555 E Pacific Coast Hwy, Ste 218,
Long Beach, CA 90806-5579
Tel: (562) 489-1780  /  Fax: (562) 489-1785
john.kealaw@gmail.com

Attorneys for Defendant:
HK NORTHRIDGE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HK NORTHRIDGE, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00408-FMO-MAA<br><br>Hon.   Fernando M. Olguin<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 15, 2021<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

---

JOINT NOTICE OF SETTLEMENT
1

Plaintiff, ANTHONY BOUYER, and Defendant HK NORTHRIDGE, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: May 4, 2021     **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff,
      Anthony Bouyer

Dated: May 4, 2021

By:   */s/ John Coates*
      John Coates
      Attorney for Defendant,
      HK NORTHRIDGE, LLC

## CERTIFICATE OF SERVICE

I certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: May 4, 2021     **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff
      Anthony Bouyer

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: May 4, 2021                             **MANNING LAW, APC**

                                              By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                          Joseph R. Manning, Jr., Esq.
                                                          Attorneys for Plaintiff
                                                          Anthony Bouyer