**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER<br><br>           Plaintiff(s),<br><br>v.<br><br>HK NORTHRIDGE, LLC , et al.<br><br><br><br>           Defendant(s). | CASE NO:<br>2:21–cv–00408–FMO–MAA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: May 5, 2021                             /s/ *Fernando M. Olguin*
                                                                   Fernando M. Olguin
                                                                   United States District Judge